IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-15-WKW |
| | ) | [WO] |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 23.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED;

2. Plaintiff's motions to remand (Docs. # 9, 15) are DENIED;

3. Plaintiff's amended complaint (Doc. # 20) is STRICKEN and the original complaint is reinstated as the controlling complaint; and

4. This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 29th day of June, 2017.

                              /s/ W. Keith Watkins
                      CHIEF UNITED STATES DISTRICT JUDGE